# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

3540 River Bend Drive, Racine, WI, 53404: herein described as a single family home, with grey siding, dark trim, and attached garage. The home is a multi-level dwelling. The numbers "3540" are affixed to the mailbox.

Case No. 19-MJ-1205

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

3540 River Bend Drive, Racine, WI, 53404: herein described as a single family home, with grey siding, dark trim, and attached garage. The home is a multi-level dwelling. The numbers "3540" are affixed to the mailbox.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE __3/8/19__ (not to exceed 14 days)
☒ in the daytime between 6:00 a.m. and 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Honorable William E. Duffin__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __3/1/19 @ 2:20 p.m.__

_____
*Judge's signature*

City and State: Milwaukee, Wisconsin   William E. Duffin, U.S. Magistrate Judge
*Printed Name and Title*

AO 93 (mod. 5/14) Search and Seizure Warrant

| **Return** | | |
|---|---|---|
| Case No: 778040-18-0139<br>19-MJ-1205 | Date and time warrant executed:<br>3-1-19  5:25 Pm | Copy of warrant and inventory left with:<br>Stephanie COBIAN |
| Inventory made in the presence of: ATF SA Sean Carlson | | |

Inventory of the property taken and/or name of any person(s) seized:

See (attached) Inventory list

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 4-10-19

_____
*Executing officer's signature*

ATF Special Agent Richard Connors
*Printed name and title*

Subscribed, sworn to, and returned before me this date:

Date: 4/10/19

William E. Duffin
*United States Magistrate Judge*

Attachment A

The property to be searched is 3540 River Bend Drive, Racine, WI, 53404: residence of Victor Cobian (DOB: 03/29/1982) and Stephanie Cobian (DOB: 08/02/1982). Herein described as a single family home, with grey siding, dark trim, and attached garage. The home is a multi-level dwelling. The numbers "3540" are affixed to the mailbox.



## ATTACHMENT B
## Particular Things to be Seized

1. ATF Form 4473s, firearms, firearm boxes, receipts and any records related to firearms, firearms accessories, ammunition, financial documents that transfer of proceeds of the above schemes, computers, electronics capable of communication, and cellphones such as:

    a. lists of contacts and any identifying information;

    b. Photographs, videos, or other media storage connected to firearms;

    c. types, amounts, and prices of firearms purchased/sold;

    d. any information related to sources or purchasers of firearms (including names, addresses, phone numbers, or any other identifying information);

    e. all bank records, checks, credit card bills, account information, and other financial records related to firearms commerce.

    f. Any and all financial records connected to the purchase/sale of firearms;

2. Cellphones, computers, and all media storage devices that may hold documentation regarding firearm or ammunition purchases/sales and customers;

3. Any and all financial records connected to the purchase/sale of firearms, and any correspondence between suspects and other firearms sellers and/or purchasers;

4. All bank records, checks, credit card bills, account information, and other financial records related to firearms and/or narcotics commerce;

5. Proceeds of drug trafficking activities, including United States currency;

6. All bank records, checks, credit card bills, account information, and other financial records; Financial records, documents, statements, or other evidence of control of bank or other financial accounts and investment funds;

7. Personal address books, telephone bills, photographs, letters, personal notes, documents and other items or lists reflecting names, addresses, telephone numbers, addresses and communications regarding illegal activities among and between members and associates involved in drug trafficking activities.

8. Documents and deeds reflecting the purchase or lease of items obtained with the proceeds from firearm trafficking activities;

9. Records of off-site locations to store proceeds and other records, including safes, vaults, or lock boxes, safe deposit box keys, records and receipts and rental agreements for storage facilities;

10. Records of mail and communications services, cellular telephones and all electronic storage areas on the device including stored telephone numbers, recently called numbers list, text messages, digital audio and or video recordings, pictures, settings, and any other user defined settings and/or data.

11. Indicia of occupancy, residency or ownership of the premises, including utility bills, telephone bills, loan payment receipts, addressed envelopes, escrow documents and keys.

12. Evidence of user attribution showing who used or owned the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

13. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

14. All records relating to violations of 18 U.S.C § 922(a)(1)(A) (engaging in a firearms business without a license), § 922(d) (transferring a firearm to a prohibited person), and § 18 U.S.C § 554 (smuggling good from the United States), 18 U.S.C. § 922(a)(1) (false statement to a material fact to FFL), 18 U.S.C. § 924(b) (interstate/foreign shipment for felony purpose), 18 U.S.C. § 922(a)(9) (non-resident/non FFL received firearms), 18 U.S.C. § 924(h) (transfer firearm to be used in drug trafficking crime), 18 U.S.C. § 924(g) (interstate travel with intent to commit drug trafficking crime), 22 U.S.C. § 2778(b)(2)(c) (illegal export of munitions), and 18 U.S.C. § 371 (conspiracy), those violations involving the suspects and residences names above and occurring after April 1, 2015, including:

   a. Records and information relating to a conspiracy traffic firearms;
   b. Records and information relating to the e-mail and Facebook accounts names in the affidavit;
   c. Records and information relating to the identity or location of the suspects;
   d. Records and information relating to communications with Internet Protocol addresses;
   e. Records and information relating to the crimes referenced in Attachment B, paragraph 14.

15. Computers or storage media used as a means to commit the violations described above;

16. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

    c. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

    d. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

    e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

    f. evidence of the times the COMPUTER was used;

g. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

h. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

i. records of or information about Internet Protocol addresses used by the COMPUTER;

j. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

k. contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

# ATF Evidence Log

**Case #:**

**Date/Time:**
**Address:** 3540 River Bend Dr Racine, WI
**Location/Name:**
**Other:**

**Team Leader:**
**Photographer:**
**Schematic Artist:**
**Other:**

**Property Seized**

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 1 | | | Cop Industries BFCF/357 MAG 4 Barrel 4 Bullets, Derringer .357 - multi cal. | 01330 | Entry Foyer on top of | Elizabeth Hanson |
| 2 | | | Barret Pelican case - w/ Barrel manual inside | | Garage Floor | Stephen Westover |
| 3 | | | Identify Documents | | Front Door white shelf | Elizabeth Hanson |
| 4 | | | Kesteler Arms Corp Shotgun model 128FR, 12 gauge | no serial # | Living Behind Black Bear | Elizabeth Hanson |
| 5 | | | Bank Statements | no serial # | Living East Wall Cabinet | Aaron Frautal |
| 6 | | | Birth Certificate for Victor Cobian | | Dining Room Table | Aaron Frautal |
| 7 | | | Vehicle Registrations | | Kitchen Table | Aaron Frautal |
| 8 | | | Bank Statements | | Dining Room Floor | Aaron Frautal |
| 9 | | | Apple iPad w/ Cracked screen | DMPJMT6BF185 | Upstairs bathroom first room | Dan Beragna |
| 10 | | | Passport for Stephanie Cobian | | First Room 1st Night Stand Bedroom | Schneider |
| 11 | | | Calling Cards | | First Room left night stand bedroom | Schneider |

**Evidence Tech:** _____ **Signature:** _____ **Page:** ___ of ___

Case 2:19-mj-01205-WED   Filed 04/10/19   Page 10 of 17   Document 2

# ATF Evidence Log

**Case #:**  
**Date/Time:**  
**Address:**  
**Location/Name:**  
**Other:**  
**Team Leader:**  
**Photographer:**  
**Schematic Artist:**  
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.) | Serial/Unique #: | Location Found: | Finder: |
|---|---|---|---|---|---|---|
| 12 | | | BLK SIG SAUER P22C .9mm | 47A141083 | 1st Bedroom Left Night Stand Drawer | Paula Mazzola |
| 13 | | | ~~FNS9C Gener~~ FN Columbia - FNS9C 9mm | CSU0054557 | 1st Bedroom Left Night Stand Drawer | Paula Mazzola |
| 14 | | | 3 .45 CAL ~~Ar15 Ruger~~ Magazines | | 1st Bedroom Left Night Stand Dresser Dr. | Paula Mazzol |
| 15 | | | Taser w/ 4 cart | L400387 | 1st Bedroom Left Behind Night stand on fle | Paula Mazzola |
| 16 | | | Bag of Pistol Mags (2) and Parts | | NW Bedroom Closet Shelf | Sarah Tucker |
| 17 | | | FNP .45 DA/SA Case w/ 2 Mags | | NW Bedroom Closet Shelf | Sarah Tucker |
| 18 | | | Passports / Letters Belonging to Victor Cobian | | NW Bedroom Inside Red Suit | Sarah Tucker |
| 19 | | | ~~Barret~~ .300 KNP Gun Co. rifle Barrel | | Kitchen Table | Aaron Frankte |
| 20 | | | Palmetto State AR20zn PA 15 AR9 Multi Scope | 1W142960 | Loon Table | Aaron Frankte |
| 21 | | | 50 CAL Ammo 5 Boxes (Metal) assorted 105.6 Lbs | | Garage Floor | Stephen Westdoz |
| 22 | | | 15 AR-LR Upper Receivers Boxes (2) | | Westwall | McFertt |

Evidence Tech: _____    Signature: _____    Page: ___ of ___

# ATF Evidence Log

**Case #:** _____

**Date/Time:** _____
**Address:** _____
**Location/Name:** _____
**Other:** _____

**Team Leader:** _____
**Photographer:** _____
**Schematic Artist:** _____
**Other:** _____

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 23 | | | EMPTY BELT F5555 for 50 CAL 3 BOXES ROUNDS | | | GARAGE ON FLOOR | WESTLUND S |
| 24 | | | FN HERSTAL EMPTY BOX | | | NEXT TO SAFE IN BASEMENT | MOFFIT |
| 25 | | | Kimber ECLIPSE CUSTOM 2 /45 CAL MAG | | K466746 | Basement Safe | NEWPORT S |
| 26 | | | COLT AUTOMATIC 38 SUPER commander model | | CL06401E | Basement Safe | Newport S |
| 27 | | | Zenith Firearms CAL 9/19 w/ Banana Clip | Mke Z5K | T0624-15BJ00216 | Basement Safe | Newport J |
| 28 | | | FNS 9mm FNH | FNS-9 9mm | GKV0147389 | Basement Safe | Newport |
| 29 | | | Modified GLOCK w/ MICRO ROMI w/ ext clip | Glock 19 9mm | STB976 | basement safe | Newport S |
| 30 | | | BAER make CUSTOM model SRP 45 CAL w/ CLIP | | RH7981 | Basement Safe | Newport |
| 31 | | | Anderson Mnfcturng AR 15 | | 16414037 | Basement Safe | Newport J |
| 32 | | | M2008 Badger Ordnance | | 0102 | Basement Safe | Newport S |
| 33 | | | Remington Model 700 | | 6567956 | Basement Safe | Newport S |

**Evidence Tech:** _____  **Signature:** _____  **Page:** ___ of ___

# ATF Evidence Log

**Case #:**
**Date/Time:**
**Address:**
**Location/Name:**
**Other:**

**Team Leader:**
**Photographer:**
**Schematic Artist:**
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 34 | | | About 30/06 Browning rifle | 3721NN351 | Basement Safe | J Newport |
| 35 | | | Springfield Armory 1903 | 1445825 | Basement Safe | J Newport |
| 36 | | | Remington model 700 | G6745519 | Basement Safe | J Newport |
| 37 | | | Remington Nylon 66 .22 cal | AG5 | Basement Safe | J Newport |
| 38 | | | CAL TECH CMR-30 | Y4564 | Basement Safe | J Newport |
| 39 | | | PAP USA MULTI-CAL P-308 | BA-1500270 | Basement Safe | J Newport |
| 40 | | | Remington 40-X | 056998B | Basement Safe | J Newport |
| 41 | | | Anderson Manufacturing AM-15 | 18158961 | Basement Safe | J Newport |
| 42 | | | Remington Woodmaster 742 | 7080128 | Basement Safe | J Newport |
| 43 | | | Remington 700 w/ Ammo on butt | RR00894E | Basement Safe | J Newport |
| 44 | | | Remington 700 .300 cal | S6710330 | Basement Safe | J Newport |

**Evidence Tech:** **Signature:** **Page:** of

Case 2:19-mj-01205-WED   Filed 04/10/19   Page 13 of 17   Document 2  BACK →

# ATF Evidence Log

Case #: _____
Date/Time: _____
Address: _____
Location/Name: _____
Other: _____

Team Leader: _____
Photographer: _____
Schematic Artist: _____
Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| ✓ 45 | | | Winchester Model Classic Sporter (70) .269 caliber | G337687 | Basement Safe | Newport |
| ✓ 46 | | | Tikka T3 7mm Caliber | C34792 | Basement Safe | Newport |
| ✓ 47 | | | Ruger 1022 .22 LR caliber | 23880540 | Basement Safe | Newport |
| ✓ 48 | | | Ammo Box containing various ammunition + Magazines | 11 lbs assorted Ammo | Garage | Newport |
| ✓ 49 | | | Ammo Box containing Various ammunition + Magazines | 13.8 lbs Assorted | Garage floor | Newport |
| ✓ 50 | | | ATN Scope | 9070427 / 9071281 | on top of basement gun safe | Newport |
| ✓ 51 | | | Miscellaneous Ammunition in box 9.4 lbs Assorted | | Garage | Newport |

Evidence Tech: _____  Signature: _____  Page: ___ of ___

# ATF Evidence Log

**Case #:**
**Date/Time:**
**Address:**
**Location/Name:**
**Other:**

**Team Leader:**
**Photographer:**
**Schematic Artist:**
**Other:**

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 52 | | | MISC AMMO 18Lbs Assorted | | ON TOP OF SAFE | NEWPORT S |
| | | | (Make/Model: scribbled) | | | |
| 53 | | | EMPTY BARREL CASE | | Basement Floor | Stephen Westover |
| 54 | | | EMPTY BARREL CASE | | Basement Floor | Stephen Westover |
| 55 | | | LARUE TACTICAL Barrel Upper | | Next to basement safe | Elizabeth Hauson |
| 56 | | | 1 Hublot WATCH / 1 Movado WATCH | | SAFE IN Basement | Aaron Fraser |
| 57 | | | DROP IN AUTOSEAR AND PARTS | | Basement Ceiling Tiles | Rick Foyer |
| 58 | | | Fight light DRUMS MCR 200 Round (3) | | Space under Stein case gng & basement | Frank Putra |
| 59 | | | Shredded Documents 2 BAES | | GARAGE OUTSIDE | Steve Whitecotton |
| 60 | | | Belt fed Fight lite receivers | | Basement Safe | Elizabeth Hauson |
| 61 | | | AR upper receiver | 88-100340 | Basement Safe | Elizabeth Hauson |

**Evidence Tech:** _____ **Signature:** _____ **Page:** ___ of ___

# ATF Evidence Log

**Case #:** _____
**Date/Time:** _____
**Address:** _____
**Location/Name:** _____
**Other:** _____
**Team Leader:** _____
**Photographer:** _____
**Schematic Artist:** _____
**Other:** _____

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Make/Model | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 62 | | | ACOG Scope w/ case | | | Downstairs Bedroom | Elizabeth Henson |
| 63 | | | Black smart phone in rubber case | | | Victor's person | Connors |
| 64 | | | Firearm trigger assembly parts | | | Dinning room floor | MPD P.O. Frontal |
| 65 | | | 9 rounds of .308 Ammunition removal from Item 43 | | | Basement Safe | J Newport |
| 66 | | | 4 rounds of .357 Ammo packaged w/ Item 1 | | | on top of entry foyer | E. Henson |
| 67 | | | 18 rounds of .9mm ammunition removed from item 12 | | | In basement left nightstand drawer | P. Mazzola |
| 68 | | | 17 rounds 9mm ammunition removed from item 13 | | | 1st Bedroom left nightstand drawer | P. Mazzola |
| 69 | | | 22 rounds of .45 cal ammunition removed from item 14 | | | 1st Bedroom left night stand drawer | P. Mazzola |
| 70 | | | Keltec rifle box empty | | | West cell | Moffitt |
| 71 | | | 9 rounds .7mm ammunition removed from item 46 | | | Basement Safe | J. Newport |
| 72 | | | 10 rounds of .45 cal ammunition removed from item 25 | | | Basement Safe | J. Newport |

**Evidence Tech:** _____ **Signature:** _____ **Page:** ___ of ___

# ATF Evidence Log

**Case #:** _____  
**Date/Time:** _____  
**Address:** _____  
**Location/Name:** _____  
**Other:** _____  
**Team Leader:** _____  
**Photographer:** _____  
**Schematic Artist:** _____  
**Other:** _____

## Property Seized

| ✓ | Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|--------|----------|---------|-------------|-----------------|----------------|--------|
| ✓ | 73 | | | 30 rounds of 9mm ammunition removed from item 27 | | Basement safe | J. Newport |
| ✓ | 74 | | | 50 cal Armor Piercing incindiary rounds 8.2 Lbs | | garage floor | S. Weston-2 |
| ✓ | 75 | | | 17 rounds of 9mm removed from item 28 | | Basement SAFE | J. Newport |
| | 76 | | | 31 rounds of 9mm removed from magazine of item 29 | | Basement Safe | J. Newport |
| | 77 | | | Micro Roni Carbine Conversion unit | | Basement Safe | J. Newport |
| | 78 | | | 1 magazine from item 51 originally contained 15 Rounds of 7.62x51mm ammo | | Garage | J. Newport |
| | 79 | | | 9 magazines pulled from item 48 - 3 magazines originally contained - total of 92 rounds of 7.62x39mm ammo | | garage | J. Newport |
| | 80 | | | 1 magazine originally contained 12 rounds of 9mm ammo pulled from item 49 | | garage floor | J. Newport |
| | 81 | | | 1 magazine originally contained 2 rounds of 30-06 ammo pulled from item 49 | | garage floor | J. Newport |
| | 82 | | | 1 magazine for 308 cal pulled from item 49 | | garage floor | J. Newport |
| | 83 | | | 1 magazine for 300 winchester pulled from item 49 | | garage floor | J. Newport |

**Evidence Tech:** _____  **Signature:** _____  **Page:** ___ of ___