# ATF Evidence Log

Case #:
Date/Time:
Address: 3540 River Bend Dr. Racine, WI
Location/Name:
Other:

Team Leader:
Photographer:
Schematic Artist:
Other:

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 1 | | | 38 SP / 357 MAG 4 Barrels 4 Bullets | | Entry Foyer on top of | Elizabeth Hanson |
| 2 | | | Barret Pelican Case | | Garage Floor | Stephen Westover |
| 3 | | | Identifying Documents | | Front Door white shelf | Elizabeth Hanson |
| 4 | | | Kessler Arms Corp Rifle | | Living Behind Black Bear | Elizabeth Hanson |
| 5 | | | Bank Statements | | Living East Wall Cabinet | Aaron Frantal |
| 6 | | | Birth Certificates | | Dining Room Table | Aaron Frantal |
| 7 | | | Vehicle Registrations | | Kitchen Table | Aaron Frantal |
| 8 | | | Bank Statements | | Dining Room Floor | Aaron Frantal |
| 9 | | | Apple iPad | | Upstairs bedroom 1st room | Dan Beragna |
| 10 | | | Passport | | First Room left Night Stand Bedroom | Schneider |
| 11 | | | Calling Cards | | First Room left night stand bedroom | Schneider |

Evidence Tech:
Signature:
Page: of

Case 2:19-mj-01205-WED    Filed 08/06/21    Page 1 of 7    Document 7-1

# ATF Evidence Log

Case #: 
Date/Time: 
Address: 
Location/Name: 
Other: 

Team Leader: 
Photographer: 
Schematic Artist: 
Other: 

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 12 | | | Black SIG SAUER P229 | 47A141083 | 1st Bedroom Left Night Stand Drawer | Paula Mazzola |
| 13 | | | FNS9C 9mm | CSU0054557 | 1st Bedroom Left Night Stand Drawer | Paula Mazzola |
| 14 | | | 3 45 CAL Magazines | | 1st Bedroom Left Night Stand Dresser Dr | Paula Mazzola |
| 15 | | | Taser 4 cart | | 1st Bedroom Left Behind Night Stand on Flr | Paula Mazzola |
| 16 | | | Bag of Pistol Mags (6) | | NW Bedroom Closet Shelf | Sarah Tucker |
| 17 | | | FNP 45 DA/SA Case w/ 2 Mags | | NW Bedroom Closet Shelf | Sarah Tucker |
| 18 | | | Passports / Letters | | NW Bedroom Inside Red Safe | Sarah Tucker |
| 19 | | | Barrel | | Kitchen Table | Aaron Frantz |
| 20 | | | Palmetto State Armory PA 15 and Multi Scope | LW142960 | Dining Room Table | Aaron Frantz |
| 21 | | | 50 CAL Ammo 5 Boxes (Metal) | | Garage Floor | Stephen Westour |
| 22 | | | 15 AR Upper Receivers Boxes 3 | | West Wall | Moffatt |

Case 2:19-mj-01205-WED   Filed 08/06/21   Page 2 of 7   Document 7-1

Evidence Tech: 
Signature: 
Page: of

# ATF Evidence Log

Case #: _____

Date/Time: _____          Team Leader: _____
Address: _____            Photographer: _____
Location/Name: _____      Schematic Artist: _____
Other: _____              Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 23 | | | Empty belt feeds for 50 cal rounds 2 boxes | | | Garage on floor | S Westovis |
| 24 | | | FN Herstal empty box | | | Next to safe in basement | Moffit |
| 25 | | | Kimber Eclipse Custom 2 /45 cal mag w/ rounds | | K466746 | Basement safe | S Newport |
| 26 | | | Colt Automatic 38 super commander model | | CL06401E | Basement safe | S Newport |
| 27 | | | Zenith firearms cal 9/19 /Banana clip | | | Basement safe | J Newport |
| 28 | | | FN5 9mm Banana Clip | | GLU0147584 | Basement safe | Newport |
| 29 | | | Modified Glock w/ microroni conversion w/ext clip | | | Basement safe | S Newport |
| 30 | | | Baer Custom SRP 45 cal w/ clip | | RH7981 | Basement safe | Newport |
| 31 | | | Anderson Manufacturing AR15 | | 16414037 | Basement safe | J Newport |
| 32 | | | M2008 Badger Ordnance | | | Basement safe | S Newport |
| 33 | | | Remington Model 700 | | 6567956 | Basement safe | S Newport |

Evidence Tech: _____   Signature: _____   Page: ___ of ___

# ATF Evidence Log

Case #: _____

Date/Time: _____

Address: _____

Location/Name: _____

Other: _____

Team Leader: _____

Photographer: _____

Schematic Artist: _____

Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 34 | | | About 30/06 Browning | 8721NN351 | Basement Safe | J Newport |
| 35 | | | Springfield Armory 1903 | 1445825 | Basement Safe | J Newport |
| 36 | | | Remington model 700 | G6745519 | Basement Safe | J Newport |
| 37 | | | Remington Nylon 66 22 | | Basement Safe | J Newport |
| 38 | | | CAL TECH CMR-30 | | Basement Safe | J Newport |
| 39 | | | RoFUSA Multi-Cal B-308 | BA-1500270 | Basement Safe | J Newport |
| 40 | | | Remington 40-X | 056998B | Basement Safe | J Newport |
| 41 | | | Anderson Manufacturing AM-15 | 18158961 | Basement Safe | J Newport |
| 42 | | | Remington Woodmaster 742 | 7080128 | Basement Safe | J Newport |
| 43 | | | Remington 700 w/ Ammo on port | RR00894E | Basement Safe | J Newport |
| 44 | | | Remington 700 | S6710336 | Basement Safe | J Newport |

| # | Description | Serial | Found By | Place |
|---|---|---|---|---|
| 45 | Winchester model 70 | G337687 | Newport | Basement Safe |
| 46 | Imported Beretta TIKKA T-3 | C34792 | Newport | B Safe |
| 47 | Ruger 1022 | 238-80546 | Newport | B safe |
| 48 | Ammo Box containing various rounds and ammunition | | Newport | Garage |
| 49 | Ammo Box containing various ammunition and magazines | | Newport | Garage Floor |
| 50 | AiN Scope | 9070427 9071281 | Newport | on top of boom gun safe |
| 51 | Miscellaneous Ammunition | | Newport | Garage |

# ATF Evidence Log

Case #: _____

Date/Time: _____  
Address: _____  
Location/Name: _____  
Other: _____

Team Leader: _____  
Photographer: _____  
Schematic Artist: _____  
Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 52 | | | MISC AMMO | | | ON TOP OF SAFE | S. Newport |
| [53?] | | | MISC AMMO (crossed out) | | | | |
| 53 | | | EMPTY BARREL CASE | | | Basement Floor | Stephen Westover |
| 54 | | | EMPTY BARREL CASE | | | Basement Floor | Stephen Westover |
| 55 | | | LARUE TACTICAL RIFLE | | | Next to basement safe | Elizabeth Hauson |
| 56 | | | 1 Hublot WATCH / 1 Movado watch | | | SAFE IN Basement | Aaron Frazier |
| 57 | | | DROP IN AUTO SEAR AND PARTS | | | Basement Ceiling Tiles | R.T.K. Page / Frazier Butter |
| 58 | | | Flight light Drum | | | Space under Stair case going to basement | Frazier Putter |
| 59 | | | Shredded Documents 2 BAGS | | | GARAGE OUTSIDE | Steve Wintercotten |
| 60 | | | Belt fed flight file receiver | | | Basement Safe | Elizabeth Hauson |
| 61 | | | HK Upper Receiver | | 88-100340 | Basement Safe | Elizabeth Hauson |

Evidence Tech: _____  Signature: _____  Page: ___ of ___

# ATF Evidence Log

Case #: _____
Date/Time: _____
Address: _____
Location/Name: _____
Other: _____

Team Leader: _____
Photographer: _____
Schematic Artist: _____
Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Finder | Location Found |
|---|---|---|---|---|---|---|
| 62 | | | ACOG scope w/ case | | Elizabeth Hanson | Downstairs Bedroom |
| 63 | | | Black smart phone in rubber case | | Connor | Victor's person |
| 64 | | | firearm trigger assembly parts | | MPD P.O. Frontal | Dinning room floor |

Evidence Tech: _____  Signature: _____  Page: ___ of ___